UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

May 19, 2006

Francis Albert Pommett, III, Esquire
Courtside Professional Building
110 E. Lexington Street, Suite 200
Baltimore, Maryland 21202

    Subject: Amber L. Ayres, et al. v. Mayor and City Council of the District of Columbia, et al.
               Civil No.: WDQ-04-4068

Dear Mr. Pommett:

    Enclosed please find a copy of my Report and Recommendation regarding Plaintiffs' Motion for Default Judgment in this case.

    Please send, by certified mail, a copy of this letter to the last known address of defendant Sellers. Please provide confirmation to the court that this letter was sent by Tuesday, May 30, 2006.

    Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72. NOTE: Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this court based on such findings and recommendations.

    Thank you for your attention to this matter.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judg

Enclosure

cc:    Judge Quarles
       Court File